IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Shamel Jones,                              )
                                           )
            Plaintiff                      )      Case No. 1:19-cv-00287 (Erie)
                                           )
vs.                                        )
                                           )      HON. RICHARD A. LANZILLO
Michael E. Clark, et al.,                  )      UNITED STATES MAGISTRATE JUDGE
                                           )
            Defendants                     )
                                           )      ORDER ON PLAINTIFF'S MOTION
                                           )      FOR SANCTIONS – ECF NO. 80


Plaintiff Shamel Jones has filed a motion (ECF No. 80) seeking the entry of sanctions against the Defendants based on Defendants' failure, to date, to comply with the terms of a settlement agreement reached in this case on February 11, 2021. *See* ECF No. 74 (settlement agreement). Jones states that he has not received the funds agreed to as part of the settlement. *See* ECF No. 80, p. 1. A stipulation of dismissal was to have been filed in this matter by March 15, 2021, but said stipulation has not been filed.

Defendants have now responded to Jones' motion. *See* ECF No. 82. They relate that there is a state-wide delay in the processing of settlement proceeds due to complicated exacted by the Covid-19 pandemic, staff shortages and mail delays. *Id.*, p. 1. Defendants ask for additional time to comply with the outstanding provisions of the settlement agreement. *Id.*

Upon consideration, Jones' motion is denied, without prejudice. The Defendants are given an additional thirty days from today to comply with terms of the settlement agreement. Defendants are also ordered to file a Notice with the Court when the funds have been transferred to the Plaintiff. If satisfaction of the agreement cannot be achieved within thirty days, the Defendants are

directed to file a written status report with the Court indicating their progress in effectuating the outstanding provisions of the settlement agreement.

Once the settlement proceeds have been transferred to the Plaintiff, the Court will set a date for the filing of a stipulation of dismissal.

So ordered this 10th day of June, 2021.

_____
HON. RICHARD A. LANZILLO
United States Magistrate Judge